Lorenzo Quintin Scott
Norfolk Cty. Correctional Center
P.O. Box 149 / 200 West Street
Dedham, Massachusetts 02027

FILED
IN CLERKS OFFICE
2004 FEB -3
U.S. DISTRICT COURT
DISTRICT OF MASS.

February 2nd 2004

United States District Court For
  the District of Massachusetts
Office of the Clerk
U.S. Courthouse
One Courthouse Way, suite 2300
Boston, Massachusetts 02210

RE: STATUS of Notice of Removal; STATUS of Assigning Case Number (Docket) For Notice of Removal, pursuant to 28 U.S.C.A. sec. 1441..., Scott v. District Attorney For the Norfolk District, C.A. 02-02129 AND Scott v. Norfolk County District Attorney Office + Robert C. Cosgrove, A.D.A., et al., C.A. 03-00727, as U.S. District Court Case No. _ _ _ _ _ _ _ _ _ _ _ _ _ ,

Dear Clerk;

I, Lorenzo Q. Scott, depose & state:

Back on or around December 15th 2003, as an African American Citizen, under Racial Overtone and withheld evidence by the Norfolk County Court + District Attorneys Offices, properly beliefs to file a "Notice of Removal in this Court, and with filing were pertinent Legal Documents - Attachments in support of.

Request a case docket number and the status of filed petition For Removal of both Civil Complaints (C.A. 02-02129 now on hold under by SJC-08786 @ 11/1/02 and 03-00727 individual capacity) from the Norfolk County, County Superior

Page 2, Letter to Clerk, U.S. Dist. Court.                     Lorenzo Q. Scott
                                                               #_ _ _ _ _ _ _ _

Court, in which, a preponderance of evidence, material, discovery, violation of civil rights and malicious prosecution has been set forth in complaints ments, etc..

[ Hereto Attached, ONLY a copy of 12/15/03 cover letter, cover sheet and Application to proceed without prepayment of fees and Affidavit - Notarized. ]

<u>Notice</u>, the Norfolk Superior Court Civil Complaints are more than a year old (14 months), and that the Superior Court have not ruled-ordered-denied in civil procedural manner. The Default-Summary Judgment (Rule 55 & 56) has been filed a year ago, as there was no answer ever filed per Respondent (20 days to Answer, Rule 12); Tracking Schedule dates have all expired this January of 2004.

[ Examine Attachments of 12/15/03 "Notice of Removal" sent, as Superior Court Docket Sheets Reflects civil complaints, motions, period of 14 months and Tracking schedule expired. ]

As a pro-se litigant please afford any case summary - Docket sheet # 03 _ _ _ _ _ _ _ _ _ _ for this petition under removal, pursuant to 28 U.S.C.A. Sections 1441 & 1446, effectively, of Race, bias, impartiality and no due process on Civil Complaints over one year, accordingly.

Note, if the filing back around 12/15/03 is insufficient