UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Lorenzo Quintin Scott,
    Plaintiff,

V.

CIVIL ACTION: 04-10254-PBS

Norfolk County District Attorney's Office
and Robert Cosgrove
    Defendant.

## FINAL JUDGMENT

SARIS, U.S.D.J.                                              February 25, 2004

    Pursuant to this Court's Memorandum and Order of Dismissal dated February 23, 2004, it is

ORDERED that this case is remanded to the state court from which it was removed.

                                                  By the Court,

                                                  /s/ Robert C. Alba
                                                  Deputy Clerk